JEFFREY M. HAMERLING (Bar No. 91532)
jeffrey.hamerling@dlapiper.com
ANDREW E. SAXON (Bar No. 227344)
andrew.saxon@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA  94105-2933
Tel:  415.836-2500
Fax:  415.836-2501

PETER M. ELLIS (*pro hac vice pending*)
peter.ellis@dlapiper.com
DLA PIPER LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
Tel:  312.368.2197
Fax:  312.251.5813

Attorneys for Plaintiff
WENDY'S INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WENDY'S INTERNATIONAL, INC., an Ohio Corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>JACOB ZACHARIAH, an individual,<br><br>       Defendant. | CASE NO.  CV 09 2133 SBA<br><br>**JUDGMENT PURSUANT TO AMENDED STIPULATION** |

Pursuant to the Stipulation of the Parties and good cause appearing:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED as follows:

1.      Judgment is granted in favor of WENDY'S INTERNATIONAL, INC. ("Wendy's") on its causes of action, and each of them, set forth in its Complaint.

2.      JACOB ZACHARIAH's ("Defendant") Franchise Agreement with Wendy's was validly terminated by Wendy's, in compliance with the Franchise Agreement and applicable laws.

3.      Defendant, and his agents, servants, and employees, and those persons in active concert or participation with him, are hereby permanently enjoined from:

(i)     using or displaying Wendy's trademarks or service marks ("Marks"), or any other Wendy's logos, symbols or trade dress in connection with advertising, distribution or display for sale of any product or service;

(ii)    making in any manner whatsoever any statement or representation, or performing any act that is likely to lead members of the public to believe that Defendant and the Ukiah Restaurant[1] are in any manner, directly or indirectly, associated, affiliated, connected with, licensed, sponsored, authorized or approved by Wendy's;

(iii)   taking any action, directly or indirectly in any form or manner whatsoever, that is likely to dilute the distinctive quality of Wendy's famous, registered Marks or otherwise taking any action likely to cause tarnishment or disparagement to Wendy's business reputation;

(iv)    otherwise infringing on the Marks, or otherwise competing unfairly with Wendy's in any manner;

4.      Defendant shall comply with all post-termination requirements of the Franchise Agreement, including without limitation those set forth in Section 15 thereof, by, among other things, immediately destroying and/or returning – at Wendy's election - all Wendy's signage and materials displaying the Marks or any other Wendy's logos, symbols or trade dress.

---

[1] All undefined terms in this Judgment shall have the meaning set forth in the Stipulation for Entry of Judgment.

1    5.    The Stipulation for Entry of Judgment and the Settlement Agreement and General

2  Release are hereby incorporated by reference herein as Part of this Judgment.

3    6.    Any issues with respect to the enforcement of this Judgment, the Stipulation and/or

4  the Settlement Agreement and General Release shall be submitted to a Magistrate Judge of this

5  Court.

6

7              **IT IS SO ORDERED.**

8  Dated:                                                    _____
   _9/1/09_____    UNITED STATES DISTRICT COURT
9                                              JUDGE

10

11

12  *Approved as to form:*

13

14  By:   /s/  Charles B. Holzhauer
        Charles B. Holzhauer
15      Attorney for Defendant
        JACOB ZACHARIAH

16

17  Dated:  August 31, 2009

18

19

20              **Attestation Pursuant To General Order 45(X)**

21    I, Jeffrey M. Hamerling, attest that concurrence in the filing of this document has been

22  obtained from Charles B. Holzhauer.

23

24       /s/ Jeffrey M. Hamerling

25      Jeffrey M. Hamerling

26

27

28

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\21777085.2

-3-
JUDGMENT PURSUANT TO AMENDED STIPULATION
CASE NO. CV 09 2133 SBA